

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00553-CV

**SHELL WESTERN E&P, INC**., Liberty Mutual Insurance Co., and Fidelity & Deposit Company of Maryland,
Appellants

v.

**PREFERRED QUALITY CHEMICALS LLC**, and Native Oilfield Services, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF000297 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On September 28, 2016, we granted appellants' request to file a late designation of hearings to be included in the reporter's record. We therefore order the court reporter, Vicente Mendoza, to file the reporter's record by October 28, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court